**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CRISTIAN OMAR AVILA RAMIREZ,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　　3:26-CV-01161-MJH
　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
TODD BLANCHE, IN HIS OFFICIAL　　　)
CAPACITY AS ACTING ATTORNEY　　　　)
GENERAL OF THE UNITED STATES;;　　　)
MARKWAYNE MULLIN, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF HOMELAND SECURITY; DAVID J.
VENTURELLA, IN HIS OFFICIAL
CAPACITY AS SENIOR OFFICIAL
PERFORMING THE DUTIES OF
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT; BRIAN
MCSHANE, IN HIS OFFICIAL CAPACITY
AS FIELD OFFICE DIRECTOR OF
PHILADELPHIA ENFORCEMENT AND
REMOVAL OPERATIONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; AND LEONARD
ODDOJR., IN HIS OFFICIAL CAPACITY
AS WARDEN OF MOSHANNON
VALLEY PROCESSING CENTER;

　　　　　　Respondents,

**CASE MANAGEMENT ORDER**

The Court orders as follows:

1.　　**Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.

2.　　The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 2 -

shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

3.  **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of services

4.  **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

5.  **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **7 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

6.  **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 24th day of June 2026.

BY THE COURT:

/s/ Marilyn J. Horan
United States District Judge